STATE OF NEW JERSEY v. FRED BOWICK.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM JAMES.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MATTHEW NEWSOME.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME WAKEFIELD.

June 7, 1988.

Petition for certification denied.